AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

USA
v
Santiago et al

**APPEARANCE**

Case Number: 04M0500

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  ZULEIMA REYES

I certify that I am admitted to practice in this court.

11-1-2004
Date

11/1/04
NR

Signature: John D. Hodges, Jr.

Print Name: JOHN D. HODGES, JR.   Bar Number: 236640

Address: 1360 MAIN STREET

City: TEWKSBURY   State: MA   Zip Code: 01876

Phone Number: (978) 863-1172   Fax Number: (978) 851-7951