UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES,
    Plaintiff,

V.

ZULEIMA REYES, a/k/a LINDA, et al
    Defendant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CRIMINAL INDICTMENT
No. 2004 M 0500 RBC - 10

## MOTION TO WITHDRAW

The undersigned hereby moves that he be granted leave to withdraw as counsel for the defendant in the above matter.

As reason therefor the undersigned says that counsel has been retained and filed an appearance on behalf of the defendant and the undersigned was appointed to represent the defendant pursuant to the Criminal Justice Act.

Respectfully submitted,

William M. White, Jr.
BBO#546283
Davis, Robinson & White, LLP
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109
(617) 723-7339

ALLOWED.
NOV - 1 2004

11/1/04
WR